**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Michael CROMWELL, a/k/a Mike Tyson, a/k/a Mikey, a/k/a Charlie, Defendant-Appellant.**

**No. 17-7389**

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Michael Cromwell, Appellant Pro Se. Joseph Evan DePadilla, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Cromwell appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *United States v. Cromwell*, No. 2:11-cr-00009-AWA-DEM-1 (E.D. Va. Sept. 15, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Because Cromwell does not challenge on appeal the district court's disposition of his claim based on Amendment 750 to the Sentencing Guidelines, he has forfeited appellate review of that issue. *See* 4th Cir. R. 34(b).